476 A.2d 105

Commonwealth v. McCray, Appellant.

Submitted November 18, 1983. Kenneth L. Mirsky, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order and judgment of sentence affirmed.